IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LISA DUBBERLEY, Individually, § | |
| and DARRAN BRUCE DUBBERLEY, § | |
| Individually § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | Case No. 4:11cv25 |
| § | |
| CHASE HOME FINANCE, LLC, § | |
| GREG BERTRAND, KEITH SMILEY, § | |
| and TERRY ROSS § | |
| § | |
| Defendants. § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 19, 2011, the Magistrate Judge entered a report recommending that Defendant's Motion to Dismiss for Failure to State a Claim, or in the Alternative, Motion for More Definite Statement (Dkt. 5) be GRANTED and that all of Plaintiffs' claims against Defendant Chase Home Finance LLC be dismissed with prejudice.

The Court, having made a *de novo* review of the objections raised by Plaintiffs and the Magistrate Judge's order striking Plaintiffs' amended complaint, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the

ultimate findings of the Magistrate Judge. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

Defendant's Motion to Dismiss for Failure to State a Claim, or in the Alternative, Motion for More Definite Statement (Dkt. 5) is GRANTED, and all of Plaintiffs' claims against Defendant Chase Home Finance LLC in this matter shall be dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this 11th day of August, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE